Kistler, Appellant, *v.* Faller.

Argued April 25, 1960. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN and EAGEN, JJ.

*Bernard R. Selkowe*, of the New York Bar, with him *E. C. Marianelli*, for appellant.

*Hermas L. Weary*, for appellees.

OPINION PER CURIAM, September 26, 1960:

The chancellor's findings of fact, which, on exceptions thereto, were affirmed by the court en banc, are supported by substantial evidence and justify the legal conclusion reached.

Decree affirmed. Appellant to pay costs.